IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIRK WAYNE MCBRIDE, SR., | § | |
| *Plaintiff*, | § | |
| v. | § | Civil Action No. H-18-1437 |
| JONI WHITE, *et al.*, | § | |
| *Defendants*. | § | |

# FINAL JUDGMENT

For the reasons stated in this Court's *Memorandum Opinion and Order* of even date, this civil action is **DISMISSED WITHOUT PREJUDICE**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas on the  25 day of March, 2020.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE